UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JOSE MIGUEL MARTINEZ** | : | Civil Action No. |
| Plaintiff, | : | 2:13-CV-1170 |
| v. | : | |
| **CITY OF PATTERSON POLICE DEPARTMENT, ET AL** | : | **Order of Reassignment** |
| Defendant. | : | |

It is on this 11th day of April, 2014

**ORDERED** that the entitled action is reassigned from

Judge Dennis M. Cavanaugh to Judge William J. Martini.

                                                   s/Jerome B. Simandle
                                                   Jerome B. Simandle, Chief Judge
                                                   United States District Court